## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action:  11-cv-01020-MSK-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:           December 21, 2011** | **Courtroom Deputy:**   Robin Mason and Emily Seamon |

| | |
|---|---|
| JACKLYN JONES, | Richard B. Podoll |
| Plaintiff, | |
| v. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Lawrence Michael Brooks, Jr. |
| METROPOLITAN LIFE INSURANCE COMPANY, | Jack M. Englert, Jr. |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:**     10:00 a.m.
Court calls case.  Appearances of counsel.

Discussion between court and counsel regarding Unopposed Motion to Amend Scheduling Order (Docket No. 28, filed on 12/14/2011) and Judge Krieger's practice standards.

**ORDERED:**     Unopposed Motion to Amend Scheduling Order (Docket No. 28) is GRANTED.  The discovery cut off date is extended to **January 31, 2012**.  Parties shall designate rebuttal experts **on or before January 2, 2012**.  Dispositive motions deadline remains set for **February 4, 2012**.

HEARING CONCLUDED.

**Court in recess**:     10:04 a.m.
Total time in court:     00:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.