**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 11-cv-01020-MSK-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** December 21, 2011 | **Courtroom Deputy:** Robin Mason and Emily Seamon |

JACKLYN JONES,                                                      Richard B. Podoll

     Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY                    Lawrence Michael Brooks, Jr.
OF AMERICA,
METROPOLITAN LIFE INSURANCE COMPANY,      Jack M. Englert, Jr.

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in Session:** 10:00 a.m.
Court calls case. Appearances of counsel.

Discussion between court and counsel regarding Unopposed Motion to Amend Scheduling Order (Docket No. 28, filed on 12/14/2011) and Judge Krieger's practice standards.

**ORDERED:**       Unopposed Motion to Amend Scheduling Order (Docket No. 28) is GRANTED. The discovery cut off date is extended to **January 31, 2012**. Parties shall designate rebuttal experts **on or before January 2, 2012**. Dispositive motions deadline remains set for **February 4, 2012**.

HEARING CONCLUDED.

**Court in recess**:     10:04 a.m.
Total time in court:    00:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.