IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01020-MSK-CBS

JACKLYN JONES,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Insurance Company,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the written Opinion and Order Granting defendant's Amended Motion for Summary Judgment **(Doc. #33)** filed on September 6, 2012, it is

ORDERED that FINAL JUDGMENT is hereby entered in favor of defendant on all claims, and that the case is closed. It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 6th day September, 2012.

                            ENTERED FOR THE COURT:
                            GREGORY C. LANGHAM, CLERK

                            By: s/Edward P. Butler
                            Edward P. Butler
                            Deputy Clerk